IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANA JULIA MENDEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-4693 |
| | : | |
| **MICHAEL J. ASTRUE** | : | |

## ORDER

**AND NOW**, this 27th day of August, 2013, upon consideration of the plaintiff's Request for Review (Document No. 3), the defendant's response (Document No. 16), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Document No. 20), the lack of any objection to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Magistrate Judge's Report is **APPROVED** and the Recommendation is **ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to plaintiff is **VACATED**; and

3. This matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.